

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ocal Selcuk

                                                                Civil Action No.    26-cv-0188-JO-BLM

                                      **Plaintiff,**

                              **V.**

Christopher LaRose Warden, Otay Mesa                **JUDGMENT IN A CIVIL CASE**
Detention Center

                                      **Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES without prejudice Petitioner's habeas petition [Dkt. 1]. The case is hereby closed.

**Date:** _____3/6/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen
                                      _____

                                      J. Olsen, Deputy